```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15340
   PETER O ANDERSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5920

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/16/2008 and was confirmed 08/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  82.00%.

     The case was dismissed without confirmation 02/18/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED             601.00          .00         601.00
EMC MORTGAGE CORPORATION  CURRENT MORTG          .00          .00            .00
EMC MORTGAGE CORPORATION  MORTGAGE ARRE    15919.59           .00            .00
EMC MORTGAGE              NOTICE ONLY      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED          812.22           .00            .00
CONSOLIDATED MEDICAL TRA  UNSECURED        NOT FILED          .00            .00
HOUSEHOLD ARBOR           SECURED NOT I     1361.86           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          586.35           .00            .00
ORCHARD BANK              NOTICE ONLY      NOT FILED          .00            .00
UNIVERSITY OF CHICAGO HO  UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        24237.75           .00            .00
COMMONWEALTH EDISON       UNSECURED         4342.78           .00            .00
JOSEPH WROBEL             DEBTOR ATTY       2,750.00                     1,892.12
TOM VAUGHN                TRUSTEE                                          206.88
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,700.00

PRIORITY                                              .00
SECURED                                            601.00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,892.12
TRUSTEE COMPENSATION                               206.88
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                   2,700.00               2,700.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 15340 PETER O ANDERSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 03/26/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
         CASE NO. 08 B 15340 PETER O ANDERSON